Michael Couzens (SBN 69591)
Law Office
6536 Telegraph Avenue, Suite B201
Oakland, CA 94609

Tel (510) 658-7654
Fax (510) 654-6741
cuz@well.com

Attorney for Plaintiff Unidad de Fe Y Amor Corp.

**Filed**
MAR - 5 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION

| | |
|---|---|
| UNIDAD DE FE Y AMOR CORPORATION<br>    Plaintiff<br><br>v.<br><br><br>IGLESIA JESUCRISTO ES MI REFUGIO, INC.;<br>ROBERTO GOMEZ; H.C.C.N., INC.; ANTONIO<br>CESAR GUEL;<br>    Defendants | Case No. C08 04910 RS<br><br><br><br><br><br><br>[PROPOSED] ORDER |

GOOD CAUSE having been shown, the case management conference herein is continued until:

Date:   Wednesday, March 18, 2009    OR

Time:   2:30 p.m.    OR

So ordered.

Dated: March 2, 2009

Richard Seeborg
U.S. Magistrate Judge

Consent Motion to Continue Date of Case Mgmt Conf.