**\*\*E-Filed 3/19/09\*\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNIDAD DE FE Y AMOR CORP., | No. 5:08 CV 4910 RS |
| Plaintiff, | |
| v. | CASE MANAGEMENT CONFERENCE SCHEDULING ORDER |
| IGLESIA JESUCRISTO ES MI REFUGIO, INC., | |
| Defendant. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a Case Management Conference was held on March 18, 2009. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record, and good cause appearing, **IT IS HEREBY ORDERED THAT:**

The parties shall appear before the undersigned for a further Case Management Conference on **Wednesday, June 17, 2009, at 2:30 p.m.**, in Courtroom 4, 5th Floor, Federal Building, 280 S. First Street, San Jose, California.

**IT IS SO ORDERED.**

DATED:   March 19, 2009

_____
RICHARD SEEBORG
United States Magistrate Judge

CASE MANAGEMENT SCHEDULING ORDER