*E-Filed 9/28/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNIDAD DE FE Y AMOR CORPORATION,<br><br>    Plaintiff,<br>  v.<br><br>IGLESIA JESUCRISTO ES MI REFUGIO, INC; ROBERTO GOMEZ; H.C.C.N., INC.; and ANTONIO CESAR GUEL,<br><br>    Defendants.<br>_____/ | No. C 08-04910 RS<br><br>**STANDBY ORDER TO SHOW CAUSE** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by December 9, 2009. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on December 16, 2009, at 9:30 a.m. and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 9/28/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE