**\*E-Filed 10/29/09\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNIDAD DE FE Y AMOR CORPORATION, | No. C 08-04910 RS |
| Plaintiff, | **ORDER** |
| v. | |
| IGLESIA JESUCRISTO ES MI REFUGIO, INC; ROBERTO GOMEZ; H.C.C.N., INC.; and ANTONIO CESAR GUEL, | |
| Defendants. | |

Before the Court is plaintiff's motion to file a copy of the entire settlement agreement in this action under seal. Although the parties' desire that the terms of the settlement not be made public is not unreasonable and might be fully-justified, plaintiff has not explained why the document needs to be submitted to the Court at all. Because maintaining records, particularly sealed documents, consumes public resources, the Court will not authorize the filing under seal of any document where no basis for filing the document—sealed or unsealed—appears. Plaintiff's motion is denied,

without prejudice to a renewed motion in the event plaintiff has cause for the document to be filed. Unless plaintiff contacts the Courtroom Deputy at (408) 535-5346 within five court days to arrange to pick up the document, it will be shredded.

IT IS SO ORDERED.

Dated: 10/29/09

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

No. C 08-04910 RS

ORDER

2