*E-Filed 02/02/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNIDAD DE FE Y AMOR CORPORATION,<br><br>  Plaintiff,<br>  v.<br><br>IGLESIA JESUCRISTO ES MI REFUGIO, INC, et al.,<br><br>  Defendants.<br>_____/ | No. C 08-04910 RS<br><br>**DISCHARGE OF ORDER TO SHOW CAUSE** |

The standby order to show cause (Docket No. 37) is hereby discharged and the hearing thereon, presently scheduled for February 3, 2010 is vacated.  No later than February 22, 2010, the parties shall, in compliance with the terms of their settlement agreement, submit a stipulation for dismissal of this action.  Alternatively, if no such stipulation is reached, then plaintiff shall file an appropriate motion to enforce the settlement agreement.  If neither a dismissal nor a motion to enforce the settlement agreement is on file no later than February 22, 2010, then the parties shall appear on February 25, 2010, at 1:30 p.m., in Courtroom 3, Seventeenth Floor, of the Court, located

1  at 450 Golden Gate Avenue, San Francisco, California, to show cause why this action should not be
2  dismissed. Failure to comply with this order will result in dismissal without further notice.

4  IT IS SO ORDERED.
5  Dated: 02/02/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 08-04910 RS

ORDER

2