*E-Filed 03/24/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNIDAD DE FE Y AMOR CORPORATION,<br><br>　　　　Plaintiff,<br>　v.<br><br>IGLESIA JESUCRISTO ES MI REFUGIO, INC; ROBERTO GOMEZ; H.C.C.N., INC.; and ANTONIO CESAR GUEL,<br><br>　　　　Defendants.<br>_____/ | No. C 08-04910 RS<br><br>**ORDER RE MOTION TO ENFORCE JUDGMENT** |

Plaintiff has filed a motion to enforce certain provisions of the settlement agreement entered into by the parties in September of 2009.  Specifically plaintiff seeks an order requiring that within 21 days, defendants provide to plaintiff:

　　1. An executed original of the Settlement Agreement;

　　2. An executed and notarized Promissory Note and Security Agreement, in the form submitted by plaintiff;

　　3. Collateral, with evidence of its sufficiency, and;

　　4.  Documentation that the owner of the security has duly authorized its encumbrance.

No. C 08-04910 RS
ORDER

Defendants have filed no opposition or any other response to the motion. On March 19, 2010, however, defendants submitted substitutions of counsel, which have been approved by the Court and entered in the docket. Good cause appearing, it is hereby ordered that the hearing on plaintiff's motion to enforce the settlement agreement is vacated. No later than March 31, 2010, defendants shall file a brief with appropriate supporting declarations showing cause, if any, why the relief prayed for by plaintiff should not be granted. Within three Court days thereafter, plaintiff may file a response. The matter shall then be submitted for decision without oral argument, pursuant to Civil Local Rule 7-1(b)

Defendants are advised that counsel must register as an e-filer and that all subsequent filings in this matter must be submitted through the ECF system.

IT IS SO ORDERED.

Dated: 03/24/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 08-04910 RS

ORDER

2