*E-Filed 04/13/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNIDAD DE FE Y AMOR CORPORATION,<br><br>    Plaintiff,<br>v.<br><br>IGLESIA JESUCRISTO ES MI REFUGIO, INC; ROBERTO GOMEZ; H.C.C.N., INC.; and ANTONIO CESAR GUEL,<br><br>    Defendants._____/ | No. C 08-04910 RS<br><br>**ORDER DIRECTING COMPLIANCE WITH SETTLEMENT AGREEMENT** |

Plaintiff moved to enforce certain provisions of the settlement agreement entered into by the parties in September of 2009. Defendants failed to file any response to the motion. Accordingly, on March 25, 2010, the Court entered an order requiring defendants no later than March 31, 2010, to show cause, if any they had, why the relief prayed for by plaintiff should not be granted. Defendants have filed no response. Accordingly, good cause appearing, it is hereby ordered that within 21 days of the date of this order defendants shall provide to plaintiff:

1. An executed original of the Settlement Agreement;

2. An executed and notarized Promissory Note and Security Agreement, in the form submitted by plaintiff;

3. Collateral, with evidence of its sufficiency, and;

4.  Documentation that the owner of the security has duly authorized its encumbrance.

Plaintiff shall proceed as contemplated by the settlement agreement a file a dismissal of this action forthwith.   The Court will retain jurisdiction to enforce the settlement agreement.

IT IS SO ORDERED.

Dated:  4/13/10

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 08-04910 RS

ORDER

2